# Court of Appeals
# of the State of Georgia

ATLANTA, April 27, 2016

*The Court of Appeals hereby passes the following order*

**A16D0315. IN THE INTEREST OF: L. M., A CHILD (MOTHER).**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

56151092



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, April 27, 2016.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*